UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

*(MIAMI DIVISION)*

BARBARA ANNE CARROLL,   CASE NO.: 18-61646-CIV-DIMITROULEAS

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

### JOINT MOTION TO STAY OR ABATE PROCEEDINGS (PER SETTLEMENT BETWEEN PARTIES)

Plaintiff, BARBARA ANNE CARROLL ("CARROLL") and Defendant, WELLS FARGO BANK, N.A. ("WELLS FARGO", collectively referred to as "Parties"), by and through undersigned counsel, hereby file this Joint Motion to Stay or Abate further proceedings and deadlines (including but not limited to the August 29, 2018 deadline for response to the complaint and September 13, 2018 deadline for the Parties' filing of the Joint Scheduling Report), and state as follows:

1. Pursuant to August 10, 2018 order, WELLS FARGO's deadline to respond to the Complaint was extended to August 29, 2018.

2. The Parties have amicably resolved this matter pursuant to confidential settlement agreement executed and initialed by CARROLL and WELLS FARGO. It is anticipated that, consistent with settlement agreement requirements, a Joint Stipulation for Dismissal with Prejudice (with each party to bear her/its own attorneys' fees and costs) shall be filed in the next 30 days.

CASE NO.: 18-61646-CIV-DIMITROULEAS
JOINT MOTION TO STAY OR ABATE
PROCEEDINGS (PER SETTLEMENT BETWEEN PARTIES)

3. In an effort to avoid unnecessary judicial labor and expense/labor for the Parties while the Parties are completing the settlement, it is respectfully requested that this court enter an order staying and abating all deadlines and proceedings in this action (including but not limited to the upcoming August 29, 2018 deadline for filing a response to the complaint and September 13, 2018 deadlines for the parties to file a Joint Scheduling Report consistent with this court's July 20, 2018 order) for 30 days.

WHEREFORE, based on the foregoing, the Parties jointly request that this court enter an Order Staying and Abating all Proceedings herein, including but not limited to the August 9, 2018 deadlines for defendant's filing of a response to the Complaint and the Parties' September 13, 2018 deadline for filing of the Joint Scheduling Report. A proposed Order is attached hereto.

| /s/ Yechezkel Rodal | /s/ Dora F. Kaufman |
|---|---|
| Yechezkel Rodal, (FBN 91210) | Dora F. Kaufman (FBN 771244) |
| Email: Chezky@Rodallaw.com | Email: dfk@lgplaw.com |
| **RODAL LAW, P.A.** | **LIEBLER, GONZALEZ & PORTUONDO** |
| 3201 Griffin Road, Suite 203 | Courthouse Tower - 25th Floor |
| Dania Beach, Florida 33312 | 44 West Flagler Street |
| Tel: (954) 367-5308 | Miami, FL 33130 |
| Fax: (954) 900-1208 | Tel: (305) 379-0400 |
| *Attorneys for Barbara Anne Carroll* | Fax: (305) 379-9626 |
|  | Attorneys for Wells Fargo Bank, N.A. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Dora F. Kaufman
DORA F. KAUFMAN

**Yechezkel Rodal, Esq., Sonja L. Cajuste, Esq.,** (chezky@rodallaw.com; sonja@rodallaw.com)
Rodal Law, P.A., *Attorneys for Plaintiff,* 3201 Griffin Road, #203, Dania Beach, FL 33312

- 2 -

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

BARBARA ANNE CARROLL,             CASE NO.: 18-61646-CIV-DIMITROULEAS
      Plaintiff,

v.

WELLS FARGO BANK, N.A.,
      Defendant.
_____/

## ORDER STAYING AND ABATING PROCEEDINGS
## TO ALLOW FOR COMPLETION OF SETTLEMENT

**THIS CAUSE** having come on to be heard before the Court upon the Parties', Barbara Anne Carroll and Wells Fargo Bank, N.A., Joint Motion to Stay or Abate proceedings (per Settlement Between Parties), and the Court, having reviewed the Joint Motion, taking note that counsel of record for the parties have agreed to the entry of this order and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1.     The Parties' Joint Motion to Stay or Abate Proceedings (per Settlement Between Parties) is hereby **GRANTED.**

2.     This action is stayed and abated for the 30 day period from August 29, 2018 through and including September 28, 2018 to allow for the Parties' completion of the settlement and filing of a Joint Stipulation for Dismissal with Prejudice (with the Joint Stipulation to provide that each party shall bear her/it own attorneys' fees and costs).

**DONE AND ORDERED** in Southern District of Florida, this ____ day of August 2018.

                                                                        WILLIAM P. DIMITROULEAS
                                                                        UNITED STATES DISTRICT JUDGE

CASE NO.: 18-61646-CIV-DIMITROULEAS
ORDER STAYING AND ABATING PROCEEDINGS
TO ALLOW FOR COMPLETION OF SETTLEMENT

Conformed Copies to:

**Yechezkel Rodal, Esq., and Sonia L. Cajuste, Esq., Rodal Law, P.A.** (chezky@rodallaw.com; sonia@rodallaw.com), Counsel for Plaintiff

**Dora F. Kaufman, Esq., and Zascha B. Abbott, Esq., Liebler, Gonzalez & Portuondo** (dfk@lgplaw.com; zba@lgplaw.com; service@lgplaw.com), Counsel for Defendant