UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

*(MIAMI DIVISION)*

BARBARA ANNE CARROLL,                    CASE NO.: 18-61646-CIV-DIMITROULEAS

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, BARBARA ANNE CARROLL ("CARROLL") and Defendant, WELLS FARGO BANK, N.A. ("WELLS FARGO"), collectively referred to as "Parties"), by and through undersigned counsel and pursuant to Fed.R. Civ. P. 41(a)(1)(A)(ii) and (a)(2) herby stipulate to dismissal of the Complaint and Plaintiff's lawsuit against Defendant, WELLS FARGO, with prejudice, with each party to the lawsuit to bear her/its own attorneys' fees, costs and expenses as to each other. A proposed Order of dismissal with prejudice is attached and incorporated by reference herein.

DATE: September 13, 2018                    DATE: 9/13/18
Yechezkel Rodal, (FBN 91210)                Dora F. Kaufman (FBN 771244)
Email: Chezky@Rodallaw.com                  Email: dfk@lgplaw.com
**RODAL LAW, P.A.**                         **LIEBLER, GONZALEZ &**
3201 Griffin Road, Suite 203                **PORTUONDO**
Dania Beach, Florida 33312                  Courthouse Tower - 25th Floor
Tel: (954) 367-5308                         44 West Flagler Street
Fax: (954) 900-1208                         Miami, FL 33130
*Attorneys for Barbara Anne Carroll*        Tel: (305) 379-0400
                                            Fax: (305) 379-9626
                                            Attorneys for Wells Fargo Bank, N.A.

CASE NO.: 18-61646-CIV-DIMITROULEAS
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14 day of September, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Dora F. Kaufman
DORA F. KAUFMAN

**Yechezkel Rodal, Esq., Sonja L. Cajuste, Esq.,** Rodal Law, P.A. (chezky@rodallaw.com; sonja@rodallaw.com), *Attorneys for Plaintiff,* 3201 Griffin Road, #203, Dania Beach, FL 33312

**Dora F. Kaufman, Esq., and Zascha B. Abbott, Esq., Liebler, Gonzalez & Portuondo** (dfk@lgplaw.com; zba@lgplaw.com; service@lgplaw.com), Counsel for Defendant, 44 West Flagler Street, 25th Floor, Miami, FL 33130

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
*(MIAMI DIVISION)*

BARBARA ANNE CARROLL,           CASE NO.: 18-61646-CIV-DIMITROULEAS
    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [ECF____]. Plaintiff, Barbara Anne Carroll ("CARRROLL" or "Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("WELLS FARGO" or "Defendant"), by and through their counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(2) have stipulated to the dismissal of Plaintiff's Complaint and lawsuit with prejudice, with each party to bear her/its own attorneys' fees, costs and expenses as to each other.

ACCORDINGLY, Plaintiff's Complaint and lawsuit are hereby dismissed with prejudice.

DONE and ORDERED at Ft. Lauderdale, Florida, this _____ day of September, 2018.

                                                            WILLIAM P. DIMITROULEAS
                                                            UNITED STATES DISTRICT JUDGE

Conformed Copies to:

**Yechezkel Rodal, Esq., and Sonia L. Cajuste, Esq., Rodal Law, P.A.** (chezky@rodallaw.com; sonia@rodallaw.com), Counsel for Plaintiff

**Dora F. Kaufman, Esq., and Zascha B. Abbott, Esq., Liebler, Gonzalez & Portuondo** (dfk@lgplaw.com; zba@lgplaw.com; service@lgplaw.com), Counsel for Defendant