UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BARBARA ANNE CARROLL,           CASE NO.: 18-61646-CIV-DIMITROULEAS
    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal With Prejudice [DE 10] (the "Stipulation"), filed herein on September 14, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 14] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of September, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record